UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
OCT 10 2017
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Philip W Elgin Jr )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

4:17-cv-58
TAV-CHS

v. )

Bedford County Jail )
Bedford County Court )
_____ )
(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Bedford County Jail 210 N Spring St Shelbyville, TN 37160-3944

A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (X) NO ( )

C. If your answer is YES,

1. What steps did you take? I Told Nurses, Staff, and wrote out multiple grievance about problems

2. What was the result? Nothing

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (X) NO ( )

F. If your answer is YES,

1. What steps did you take? Told COs, Nurses, wrote out grievance sheets

2

2. What was the result? Nothing

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Philip William Elgin Jr

Present address: Bedford County Jail 210 North Spring St Shelbyville, TN 37160

Permanent home address: 509 Buffalo Rd Lawrenceburg, TN 38464

Address of nearest relative: Philip Elgin Sr 9840 NE 16th St Okeechobee, FL 34972

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Bedford County Jail

Official position: _____

Place of employment: _____

C. Additional defendants: Jail Staff, Nurses, County And Bedford County Courts + Judges

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I have Been Locked up in Bedford County Jail Since July 12, 17 Qcm Disabled Due to a Number of Back Surgers, implants and Neck Damage,

3

I Take lot of medication To live Day to Day They Dont give me Arm, I Cant Lay or Slip with out a pillow I Dont get that, can't sleep on my Back Due to fusion But yet I am on floor.

I Complain about The Pain + Numbness in my Legs + Head No help, I am to see a Nuro Doc once a Month Because of injory on my Brainstem + Back They dont allow me to go. Wont give ferts to have Surgery or anything.

Theres Mold on everything Black Mold at that, we are made to Bath in same area, it grows.

We have no Sunlight Due to fact the welded windows Close, I've seen Daylight 2 times that was my Court Dates.

We are Sleeping over each other The Jail is over exceed the Ocupendes 2 man cell has 6-8 people in It.

We get one issued Tshirt, underwear shorts, Sock Thats is it.

They wont allow us to have pic of family or our kids except first 5 or 7 days your in here I didn't No I was staying here that Long.

They Dont Feed us enough, I mean my kid eat more at PreK then we get here, we get 4oz of milk or coffee @ Breakfast 4oz Tea or coolaid @ lunch + Dinner,
I've Lost 15 lb in 3 Months

2A. We can ask and complain but we are treated like we Dont matter and Nothing Done.

B. The Guards will beat inmates For No Reason whatso ever.

C. The Place is infested with Rats + Roaches, They Run all over when we Go to eat.

3A While we are Locked in here we dont have Any Rights at all, at Least Thats what they think.

3B. When we write a Grivence, we Dont Know if They get turned in or Not I still have got the one I Sent in Aug 5 2017

3C. They open + Hold all Personal + Legal mail even tho Legal mail isnt to Be.

4A I asked Courts For Ferlo for Surgery and Bond Reduction to take care of my Kids I have Cutody of. They denied it, I am not a trouble Person, at all I cant get anyone to listen to me. @ All.

4B Been Beat on Stdd. Sron all cause I Cant Sight, Limited Mobility on my Shoulders Neck,

4C. We are denied Request & Grievance forms Daily Today I have asked all 3 times I saw the guards come throw. We could be dying But have no way Know they only come throw 2 or 3 times a day

5A. We are in Lockdown Cell 23:50 hrs aday with No windows Don't see guards except at chow and No way to get there attention if I had a sezier or any thing.

5B. We go days with out laundry if they take it and we have it to same as I don't

5C. I have no money on books but I can't get any times to take a shower or shave unless you have been 3 days with dry shaving

6A. Lights out at 10:00 on at 5

6B. We are Literdy Starving

7A We all are being housed with Rapist, Murders People with TB, aids, Hepatitis, I am a Mersa Carrier yet I have open wounds they with not put dresing on

7B. Cells arn't Clean or Disenfected ever Shower wall & Floor covered in Black Mold. Toilet never floose the mirrors

*8 A. Guards were Just talking about how many Rats where on the counters in The Food Prep area, and were Laughing about it ← 10-2-17

8B In Pod A Theres Raw Sewage Run Threw Pod floor From Cells with Broken Toilets

8C We when I was in A Pod would have to Be Locked Down with Broken toilets Been Moved to medical lock down But No Better

9 I Filled out Request 9-27-17 For my Medical Matt I am still Have Not gotten A Reply 10-5-17

I Possible could you Send me a copy Of These To me For my Records @ Jail and Hume Please ThAnk you, Philip Cox

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

When I get out my health is worse then it was when I came in, I want Justice, and my Needs Met and Paid for mental anguish, They Need to know Some Things they can't get away with, And, I was told By time I am 39 or 40 I'll Be in wheel chair I can't feel my legs + feet Now, They Don't care, I Just want Justice.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___5___ day of __October__, 20_17_.

_____
Signature of plaintiff(s)

5

FIRST-CLASS MAIL
$00.67°
ZIP 37402
041L11218266
neopost
09/27/2017
US POSTAGE

FIRST CLASS

Lzze

To:
Eastern District of Tennessee
office of
Clerk, United States District Court
900 Georgia Avenue, Room 309
Chattanooga, TN 37402

Filip W. Eigill Jr
210 North Srping Street
Shelbyville, TN 37160

OFFICIAL BUSINESS



INMATE MAIL
This Mail Not Inspected
Therefore the department
does not assume responsibility
for its contents.